IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IONIE HYLTON,** *ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED*, | : : : | **CIVIL ACTION** |
| *Plaintiff*, | : : | |
| v. | : : | No. 18-2206 |
| **AMERIFINANCIAL SOLUTIONS, LLC** d/b/a AFS et al., | : : : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 19th day of November, 2018, upon consideration of the Complaint (Doc. No. 1), Defendant's Motion to Dismiss (Doc. No. 11), Plaintiff's Response (Doc. No. 15), Defendant's Reply (Doc. No. 17), and the oral argument held on October 10, 2018, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 11) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE